IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RICHARD MILLER** § | |
| § | |
| *Plaintiff,* § | CIV. A. NO. 3:09-cv-0440-O |
| § | ECF |
| *v.* § | |
| § | |
| **RAYTHEON COMPANY,** § | |
| § | |
| *Defendant.* § | |

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S FEDERAL RULE 26(a)(3) PRETRIAL DISCLOSURES

TO THE HONORABLE REED O'CONNOR:

In accordance with the Court's trial setting order (Doc. No. 44), Plaintiff Richard Miller makes the following objections to Defendant Raytheon Company's Federal Rule of Civil Procedure 26(a)(3)(A) disclosures:

**1.   Objections under Federal Rule 32(a) to Defendant's pretrial deposition designations**

Defendant's disclosures state that it does not intend to call any witness by deposition other than for impeachment purposes. Indeed, Defendant has not designated any deposition testimony as actual or potential trial evidence. Plaintiff will object to any subsequent designation of deposition testimony as untimely under the Court's scheduling and trial setting order. Further, Plaintiff reserves any objection(s) that he may have under Federal Rule 32(a) or to the testimony's admissibility in the event that Defendant should attempt later to designate deposition testimony for use at trial.

**2. Objections to the admissibility of documents and exhibits that Defendant intends to or may use at trial**

**(a)** *Documents/Exhibits that defendant expects to offer*

|     | **Document/Exhibit** | **Identifier[1]** | **Objection(s)** |
| --- | --- | --- | --- |
| 1.  | NCS 108923 – MGR II Supply Chain Job Requisition. | 0210 - 0211 | |
| 2.  | NCS107643 – MGR III Supply Chain – Soldier Weapons Systems Supply Chain Capture Manager Job Requisition. | 0213 - 0214 | |
| 3.  | NCS109026 – MGR III Supply Chain Job Requisition. | 0215 - 0216 | |
| 4.  | SAS109408 – Supply Chain Program Manager Job Requisition. | 0220 - 0221 | |
| 5.  | Reduction-in-Force: Questions and Answers. | 0278 - 0279 | FED. R. EVID. 801-802 |
| 6.  | Raytheon PowerPoint entitled, "Reduction in Force Manager Training." | 0280 - 0284 | FED. R. EVID. 801-802 |
| 7.  | Raytheon PowerPoint entitled, "SAS Supply Chain Performance Rating Calendar & Run Rules." | 0354 - 0364 | FED. R. EVID. 801-802 |
| 8.  | Acknowledgment of Receipt of Layoff Notification and Benefits Signed by Miller. | 0802 | |
| 9.  | Raytheon PowerPoint entitled, "Manager Training RIF Selection Process." | 0932 - 0939 | FED. R. EVID. 801-802 |
| 10. | NCS108923 – MGR II Supply Chain Job Requisition. | 0969 - 0971 | |
| 11. | NCS109026 – MGR III Supply Chain Job Requisition. | 0973 - 0975 | |
| 12. | SAS109408 – Supply Chain Program Manager Job Requisition. | 0979 - 0981 | |
| 13. | NCS107643 – MGR III Supply Chain – Soldier Weapons Systems Supply Chain Capture Manager Job Requisition. | 0982 - 0984 | |
| 14. | SAS108685 – Supply Chain Program Manager III Job Requisition. | 0985, 0985A, & 0986 | |
| 15. | SAS108836 - Supply Chain Program Manager III Job Requisition. | 0987 - 0989 | |

---

[1] All Bates numbers listed as identifiers, unless otherwise noted, refer to documents produced by Raytheon Company using "Raytheon/Miller" as the Bates prefix.

|     | **Document/Exhibit** | **Identifier[1]** | **Objection(s)** |
| --- | --- | --- | --- |
| 16. | NCS108111 – Dir I Supply Chain, Combat Systems Job Requisition. | 0993 - 0998 | |
| 17. | NCS107522 – Sr. Mgr. Supply Chain Job Requisition. | 1003 - 1008 | |
| 18. | SAS108585 – Director I Supply Chain - MPM Job Requisition. | 1015 - 1017 | |
| 19. | SAS109408 – Supply Chain Program Manager Job Requisition. | 1036 - 1039 | |
| 20. | Raytheon Internal Recruiting Center Portfolio for R. Miller. | 1044 | |
| 21. | Qualifying Questions Summary of Richard Miller for NCS107522. | 1045 | |
| 22. | Qualifying Questions Summary of Richard Miller for NCS107643. | 1046 | |
| 23. | Qualifying Questions Summary of Richard Miller for SAS108685. | 1047 | FED. R. EVID. 402-403, 801-802 |
| 24. | Qualifying Questions Summary of Richard Miller for SAS108836. | 1048 | |
| 25. | SAS108685 –Supply Chain Program Manager III Job Requisition. | 1049 - 1054 | |
| 26. | NCS107522 – Sr. Mgr. Supply Chain Job Requisition. | 1055 - 1062 | |
| 27. | Long Service Review Committee Action for R. Miller. | 1124 | FED. R. EVID. 801-802, 805 |
| 28. | Various Demonstrative Aids Summarizing Evidence Including Timeline. | None | Defendant has not yet disclosed the referenced demonstrative exhibits. Plaintiff reserves any objections that he may have to the content and/or use of demonstrative exhibits until such time as Defendant discloses them. |

**(b)**   *Documents/Exhibits that defendant may offer if the need arises*

|     | **Document/Exhibit** | **Identifier** | **Objection(s)** |
| --- | --- | --- | --- |
| 29. | Texas Workforce Commission Civil Rights Division Notice of Right to File a Civil Action. | 0018 and 0022 | FED. R. EVID. 402-403 |
| 30. | Raytheon Profile – Experience for Miller. | 0070 | |
| 31. | Raytheon Performance & Development Summary for Miller. | 0184 – 0185 | FED. R. EVID. 801-802, 805 |
| 32. | Raytheon Performance Screen for Miller. | 0187 – 0192 | |

| | **Document/Exhibit** | **Identifier** | **Objection(s)** |
|---|---|---|---|
| 33. | Raytheon Payroll Records for Miller. | 0197 - 0209 | |
| 34. | Resume of Marlando Shelley (CONFIDENTIAL). | 0212 | FED. R. EVID. 801-802, 901 |
| 35. | Resume of P.N. Raju, P.E., CPIM, CIRM, C.P.M., CSCP, CCM (CONFIDENTIAL). | 0217 - 0219 | FED. R. EVID. 801-802, 901 |
| 36. | Email Chain Between G. Meihn and J. Lam Regarding Raytheon Job Requisitions Open to Miller to Apply. (CONFIDENTIAL exhibit for the Court only to determine availability of front pay, if any). | 0249 - 0250 | FED. R. EVID. 801-802, 805 if offered to prove the truth of statements in the document. |
| 37. | Raytheon Company Policy: Equal Employment Opportunity. | 0289 - 0290 | |
| 38. | RIF Evaluation Worksheet for Decisional Unit: SCM Communications. | 0384 - 0385 | FED. R. EVID. 106 |
| 39. | RIF Evaluation Worksheet for Decisional Unit: PO Maintenance. | 0386 | |
| 40. | RIF Evaluation Worksheet for Decisional Unit: SCM Operations Special Project. | 0387 | FED. R. EVID. 801-802 if offered to prove the performance of referenced individuals |
| 41. | Equal Employment Opportunity Commission's Dismissal and Notice of Rights. | 0811 - 0812 | FED. R. EVID. 402-403 |
| 42. | SAS Key Values & Behaviors for Miller (2006) by Robert Lyells | 0836 | FED. R. EVID. 106, 402-403, 801-802, 901 |
| 43. | SAS Key Values & Behaviors for Miller (2006) by Mike Paquee | 0837 | FED. R. EVID. 106, 402-403, 801-802, 901 |
| 44. | H. Reynolds' Rebuttal Expert Report. | 0939A - 0947 | |
| 45. | Resume of Karl M. Vanzant. (CONFIDENTIAL) | 0990 - 0992 | FED. R. EVID. 402-403, 801-802 |
| 46. | Resume of Loretta A. Sweeney. (CONFIDENTIAL) | 0999 - 1002 | FED. R. EVID. 402-403, 801-802 |
| 47. | Raytheon Performance & Development Summaries for Karl M. Vanzant. (CONFIDENTIAL) | 1009 - 1014 | FED. R. EVID. 402-403, 801-802 |
| 48. | Resume of Michael T. Rynbrandt, P.E. (CONFIDENTIAL) | 1018 - 1019 | |
| 49. | Raytheon Performance Screen for Miller. | RM 585 - 590 | |

**3.     Objections to witnesses whom Defendant intends to or may call as witnesses**

Raytheon has not yet disclosed the subject-areas about which its expected and potential witnesses will or may testify.  Plaintiff's counsel deposed each of the following witnesses, whose testimony contains portions that are objectionable as irrelevant (Fed. R. Evid. 402-403), as containing hearsay (Fed. R. Evid. 801-802), and/or lacking in foundation (Fed. R. Evid. 602):

1. Robert D. Lyells (listed as "expected")
2. Allen F. Reid (listed as "expected")
3. Lisa Crump (listed as "expected")
4. Vivek Kamath (listed as "possible")
5. Amos Wilson (listed as "possible")
6. Loretta Sweeney (listed as "possible")
7. Gary LaMonte (listed as "possible")
8. James F. Lam (listed as "possible")

Plaintiff therefore reserves any objections as to the use of listed witnesses' testimony until such time as Raytheon has disclosed the topics about which an individual will or may testify.

DATED:  June 15, 2010

Respectfully submitted,

GILLESPIE, ROZEN & WATSKY P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Tel:  (214) 720-2009
Fax: (214) 720-2291

   /s/ James D. Sanford
     Hal K. Gillespie
     *Attorney-in-Charge*
     Texas Bar No. 07925500
     hkg@grwlawfirm.com
     Yona Rozen
     Texas Bar No. 17958500
     yrozen@grwlawfirm.com
     Edith K. Thomas
     Texas Bar No. 24060717

             ethomas@grwlawfirm.com
             James D. Sanford
             Texas Bar No. 24051289
             jsanford@grwlawfirm.com

         **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

  The undersigned certifies that on June 15, 2010 he electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means: Michael P. Maslanka, Esq., and Buena Vista Lyons, Esq., of FORD & HARRISON LLP, attorneys for Defendant Raytheon Company.

            */s/ James D. Sanford*
            One of Plaintiff's Counsel