**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RICHARD MILLER** § | |
| § | |
| *Plaintiff,* § | **CIV. A. NO. 3:09-cv-0440-O** |
| § | **ECF** |
| *v.* § | |
| § | |
| **RAYTHEON COMPANY,** § | |
| § | |
| *Defendant.* § | |

### PLAINTIFF'S AMENDED EXHIBIT LIST AND DEPOSITION DESIGNATIONS

TO THE HONORABLE REED O'CONNOR:

In accordance with the Court's scheduling order and Local Rule 26.2 and its order of June 21, 2010, Plaintiff Richard Miller submits the following list of exhibits that he may offer at the trial of this case. The list does not include exhibits that he may offer solely for impeachment purposes. Additionally, Plaintiff incorporates any exhibit listed in Defendant's exhibit list.

### 1. EXHIBITS THAT PLAINTIFF MAY OFFER

| No. | DESCRIPTION | IDENTIFIER | AGREED | DEF.'S OBJECTION(S) | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 1. | Richard Miller's résumé | RM 1020-1021 | X | | | |
| 1A. | Richard Miller's résumé | Raytheon/Miller 1067 | X | | | |
| 2. | Performance Development Summaries re: Richard Miller | Raytheon/Miller 186, 193-196 | | Def. intends to stipulate to performance | | |
| 3. | Additional Performance Development Summaries re: Richard Miller | RM 1022-1133 | | Fed. R. Evid. 901-902; Def. intends to stipulate to performance | | |
| 4. | Excerpts of Miller's notes | RM 206-219 | | Fed. R. Evid. 802 (re: statements by 3rd party benefits admin.), 803(5) | | |
| 5. | 2007 Performance Screen re: Richard Miller | Ex. 11/RM 585-90 | X | | | |

| No. | DESCRIPTION | IDENTIFIER | AGREED | DEF.'S OBJECTION(S) | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 6. | Excerpts of Miller's notes re: 2007 mid-year review and staff meetings | RM 550, 563 | | Fed. R. Evid. 803(5) | | |
| 7. | 2007 Performance Development Summary re: Richard Miller and cover email | Raytheon/Miller 180, 184-85 | X | | | |
| 8. | Michael Rynbrandt résumé | Raytheon/Miller 1018-1019 | | "Confidential"; Hearsay Fed. R. Evid. 802; irrelevant (Fed. R. Evid. 403); also subject to Defendant's pending Motion in Limine | | |
| 9. | Performance Development Summaries re: Michael Rynbrandt | Raytheon/Miller 1020-24 | | "Confidential"; Hearsay Fed. R. Evid. 802; Fed. R. Evid. 403; also subject to Defendant's pending Motion in Limine | | |
| 10. | RIF Q&A | Ex. 34/Raytheon/Miller 278-79 | X | | | |
| 11. | SCM RIF ADEA worksheet (and cover e-mail) | Ex. 36/RM 141, 195-205 | | Irrelevant (FED. R. EVID 403) except as to decisional units under R. Lyells; also subject to Defendant's Motion in Limine | | |
| 12. | RIF Worksheet re: Mar. 2008 RIF | Ex. 37/Raytheon/Miller 389-91 | X | | | |
| 13. | Open job requisition worksheet (as of 4/6/08) | Ex. 38/Raytheon/Miller 367-75 | | Subject to Defendant's Motion in Limine | | |
| 14. | Long Service Review Committee notes | Ex. 39/Raytheon/Miller 1124-1127 | | Defendant agrees subject to redaction of M. Sheppard in that he was not in a decisional unit under R. Lyells. | | |
| 15. | Profile – Experience re: Richard Miller | Ex. 43/Raytheon/Miller 70 | X | | | |
| 16. | Performance Development Summaries re: Kenneth Barham | Ex. 48/Raytheon/Miller 1109-1112 | | "Confidential"; Hearsay Fed. R. Evid. 802; misleading, confusion of issue, undue prejudice outweighs probative value. Fed. R. Evid. 403; also subject to Defendant's Motion in Limine | | |
| 17. | Job req. #NCS 108111 – Dir. I Supply Chain – Combat Systems | Ex. 14/Raytheon/Miller 993-98 | | Irrelevant (FED. R. EVID. 403); also subject to Defendant's Motion in Limine | | |
| 18. | Job req. # NCS 108923 – Mgr II Supply Chain | Ex. 15/Raytheon/Miller 969-71 | | Irrelevant (FED. R. EVID. 403); also subject to Defendant's Motion in Limine | | |

**Plaintiff's Amended Exhibit List and Deposition Designations – Page 2**

| No. | DESCRIPTION | IDENTIFIER | AGREED | DEF.'S OBJECTION(S) | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 19. | Job req. # 107643 – Mgr. III Supply Chain – Soldier Weapons Systems Supply Chain Capture | Ex. 18/Raytheon/ Miller 982-84 | | Irrelevant if Plaintiff's age claim is only as to his termination (FED. R. EVID. 403) | | |
| 20. | Job req. # NCS 107522 – Sr. Mgr. Supply Chain | Ex. 24/Raytheon/ Miller 1003-08 | | Irrelevant if Plaintiff's age claim is only as to his termination (FED. R. EVID. 403) | | |
| 21. | Job requisition: #SAS108585 | Ex. 64/ Raytheon/ Miller 1015-1017 | | Irrelevant (FED. R. EVID. 403); also subject to Defendant's Motion in Limine | | |
| 22. | Job requisition: #SAS108836 | Ex. 83/ Raytheon/ Miller 987-989 | | Irrelevant if Plaintiff's age claim is only as to his termination (FED. R. EVID. 403) | | |
| 23. | Job ID# NCS 107522, NCS 107643, SAS 108685, SAS 108836 | RM 1307-1317 | | Irrelevant if Plaintiff's age claim is only as to his termination (FED. R. EVID. 403) | | |
| 24. | No exhibit | | | | | |
| 25. | HREIS report screen re: Richard Miller | Ex. 52/Raytheon/ Miller 1114 | | Lack of sponsorship/foundation. Fed. R. Evid. 901-902; misleading; confusion of jury and irrelevant (Fed. R. Evid. 403) | | |
| 26. | SAS SCM Organization Chart [CONFIDENTIAL] | Ex. 53/ Raytheon/ Miller 1115-1123 | | Defendant agrees to admissibility subject to maintaining as "Confidential" | | |
| 27. | Organization Charts re: SAS and its sub-units [CONFIDENTIAL] | Ex. 55/ Raytheon/ Miller 9-11 | | Defendant agrees to admissibility subject to maintaining as "Confidential" | | |
| 28. | E-mail chain dated 2/27/08 | Ex. 58/ Raytheon/ Miller 861-864 | | Irrelevant (Fed. R. Evid. 403); "Confidential" | | |
| 29. | E-mail chain between Lyells and Miller dated 1/31/08 | Raytheon/ Miller 867-68 | | Irrelevant (Fed. R. Evid. 403); "Confidential" | | |
| 30. | G. Meihn e-mail to J. Lam dated 6/16/08 | RM 189-190 | X | Rule of optional completeness. Defendant does not object subject to response to email from J. Lam being included in exhibit. | | |
| 31. | J. Lam notes of telephone calls | Raytheon/ Miller 224 | | Lacks foundation/ sponsorship. Fed. R. Evid. 901-902; irrelevant (Fed. R. Evid. 403). | | |
| 32. | HREIS report screen re: Richard Miller | Ex. 74/ Raytheon/ Miller 287-88 | | Lacks foundation/ sponsorship. Fed. R. Evid. 901-902; irrelevant (Fed. R. Evid. 403). | | |

| No. | DESCRIPTION | IDENTIFIER | AGREED | DEF.'S OBJECTION(S) | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 33. | Candidate Workflow Status re: Richard Miller | Raytheon/ Miller 1044 | | Irrelevant if Plaintiff's age claim is only as to his termination (FED. R. EVID. 403) | | |
| 34. | Screenshot of job requisition status | Ex. 88A/ Raytheon/ Miller 1063-64 | | Irrelevant if Plaintiff's age claim is only as to his termination (FED. R. EVID. 403) | | |
| 35. | Excerpts of Candidate Workflow Status re: #SAS108836 | Raytheon/ Miller 1361 (Exs. 85-87) | | Irrelevant if Plaintiff's age claim is only as to his termination (FED. R. EVID. 403) | | |
| 36. | Raytheon's EEOC position statement, plus business records declaration | Ex. 50/ Raytheon/ Miller 828-831, 811 | X | | | |
| 37. | Raytheon Company's 2008 Annual Report | Located at www.raytheon.com | | Voluminous; undue confusion as to technical matters; irrelevant until court decides to instruct jury on exemplary damages (Fed. R. Evid. 403) | | |
| 38. | Raytheon Company's 2009 Annual Report | Located at www.raytheon.com | | Voluminous; undue confusion as to technical matters; irrelevant until court decides to instruct jury on exemplary damages (Fed. R. Evid. 403) | | |
| 39. | SEC Form 8-k re: Raytheon Company, dated 1/28/10 and Raytheon's Second Supplemental/Amended Answers and/or Objections to Plaintiff's First Interrogatories (Rog. No. 10). | Raytheon/ Miller 1362-65, 1383 | X | Voluminous; undue confusion as to technical matters; irrelevant until court decides to instruct jury on exemplary damages (Fed. R. Evid. 403) | | |
| 40. | Economic assessment report for Richard Miller by Dr. J. Herbert Burkman (dated Dec. 16, 2009) [REDACTED] | RM 1318-1339 | X | | | |
| 40-A | Economic assessment report for Richard Miller by Dr. J. Herbert Burkman (dated Dec. 16, 2009) | RM 1318-1339 | X | | | |
| 41. | Raytheon TI Systems Employees Pension Plan – Summary Plan Description | Raytheon/ Miller 39-68 | | Undue confusion as to technical matters; irrelevant (Fed. R. Evid. 403) | | |
| 42. | Compensation/payroll history re: Richard Miller | Raytheon/ Miller 197-209 | X | | | |
| 43. | "Your Retirement Guide" – For Participants in the Raytheon Company Pension Plan for Salaried Employees | RM 91-114 | | Undue confusion as to technical matters; irrelevant (Fed. R. Evid. 403) | | |
| 44. | Pension benefit calculations re: Richard Miller | RM 569-580 | | Undue confusion as to technical matters; irrelevant (Fed. R. Evid. 403) | | |

| No. | DESCRIPTION | IDENTIFIER | AGREED | DEF.'S OBJECTION(S) | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 45. | Various RBI bonus awards and compensation summaries re: Richard Miller | RM 595-97, 610-613, 623-624, 628-30, 637, 641-42 | | Undue confusion as to technical matters; irrelevant (Fed. R. Evid. 403) | | |
| 46. | Various achievement awards earned by Richard Miller | RM 633, 635-36, 639-40, 643-45 | | Irrelevant (Fed. R. Evid. 403) | | |
| 47. | Miller's 2007 and 2008 IRS Form W-2s | RM 1305-1306 | X | | | |
| 48. | Richard Miller – Job Search Log | RM 230-32 | | No objections subject to underlying documents used to create log being produced (Fed. R. Evid. 1006) | | |
| 49. | Richard Miller – supplemental job search | RM 1367-1376 | | No objections subject to underlying documents used to create log being produced (Fed. R. Evid. 1006) | | |
| 50. | Documents relating to Miller's job search | RM 244-439 | | Hearsay and recorded recollection (Fed. R. Evid. 802, 803(5)); Authenticity (Fed. R. Evid. 901-902). | | |
| 51. | Excerpts of Defendant Raytheon Company's Answers and/or Objections to Plaintiff's Interrogatories (Nos. 1 and 7) | Ex. 61 | X | | | |

| No. | DESCRIPTION | IDENTIFIER | AGREED | DEF.'S OBJECTION(S) | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 52. | Excerpts of Defendant Raytheon Company's Answers and/or Objections to Plaintiff's Third Interrogatories (Nos. 17-18 and 21) | Ex. 71 | | Defendant objects to the admissibility of this exhibit to the extent it will disclose highly confidential information about current and/or former employees of Raytheon. Dates of birth must be redacted subject to Fed.R.Civ.P. 5.2. Defendant further objects on grounds that the date of birth information is duplicative of the information already set forth in Plaintiff's Exhibit 53 (March 16, 2010 Declaration of Amos Wilson), which the parties have already agreed as to its admissibility. | | |
| 53. | March 16, 2010 declaration of Amos Wilson | Doc. No. 42 | X | | | |
| 54. | Severance offer and release of claims re: Richard Miller | RM 115-117 | X | | | |
| 55. | Richard Miller's charge of age discrimination (#450-2008-04615) | RM 6-7 | X | | | |
| 56. | No exhibit. | | | | | |
| 57. | No exhibit. | | | | | |
| 58. | Timeline of Events (demonstrative) | | | Defendant reserves any objection that it may have to the content and/or use of demonstrative exhibits | | |

| No. | DESCRIPTION | IDENTIFIER | AGREED | DEF.'S OBJECTION(S) | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 59. | Summary of Damages (current through time of trial) (demonstrative) | | | Defendant reserves any objection that it may have to the content and/or use of demonstrative exhibits | | |
| 60. | Impact of RIF on SAS's Texas employees (demonstrative) | | | Defendant reserves any objection that it may have to the content and/or use of demonstrative exhibits. To the extent that Plaintiff intends to summarize information concerning decisional units outside of R. Lyells' group, Defendant objects as irrelevant (Fed. R. Evid. 403) and subject to its pending Motion in Limine. | | |
| 61. | Open Supply Chain Job Requisitions (≥A05) for which Raytheon Rejected or Failed to Consider Miller (demonstrative) | | | Defendant reserves any objection that it may have to the content and/or use of demonstrative exhibits. Defendant objects subject to its pending Motion in Limine. | | |
| 62. | March 2008 RIF – Employees Lyells Placed in Decisional Units | | | Defendant reserves any objection that it may have to the content and/or use of demonstrative exhibits. Defendant objects subject to its pending Motion in Limine. | | |
| 63. | March 2008 RIF – Employee on PRISM Project Who Lyells Did Not Place in Decisional Unit | | | Defendant reserves any objection that it may have to the content and/or use of demonstrative exhibits. Defendant objects subject to its pending Motion in Limine. | | |
| 64. | Defendant Raytheon Company's First Amended Supplemental Answers and/or Objections to Plaintiff's First Interrogatories (No. 4). | | X | | | |

## 2. PORTIONS OF DEPOSITION TESTIMONY THAT PLAINTIFF MAY PRESENT

Miller may present the following portions of depositions taken in this case.

| Witness | Deposition (page(s)/line(s)) |
|---|---|
| William E. Anderson | 7:5-9, 7:19-8:2, 8:18-9:7 |
| | 14:7-15:1, 16:8-12 |

| | |
|---|---|
| | 17:7-9, 17:16-20 |
| | 36:16-37:1 |
| | 38:18-40:1, 41:22-25, 43:10-12, 43:16-18, 44:5-9, 45:19-24, 46:7-9, 46:12-16, 46:19-24 |
| | 66:16-68:4 |
| | 68:23-69:4, 69:14-24, 70:1-5 |
| | 70:16-18, 70:20-72:2 |
| | 76:9-79:6, 79:10-80:1, 80:17-22 |
| | 81:15-82:2, 82:5-24 |
| | 83:5-12 |
| | 95:24-96:5, 96:9-18, 96:21-97:5 |
| | 97:8-16 |
| | 97:20-98:7 |
| | 98:10-99:1 |
| | 99:17-100:7 |
| | 108:2-4, 108:20-25 |
| | 109:1-3 |
| Lisa Crump | 4:11-13 |
| | 8:18-9:4 |
| | 9:20-10:12 |
| | 12:12-20 |
| | 13:5-14:24 |
| | 15:2-17 |
| | 19:5-20:12 |
| | 21:14-19 |
| | 22:15-21 |
| | 26:24-29:17 |
| | 30:6-25 |
| | 31:6-33:10 |
| | 34:5-35:9 |
| | 36:11-37:10 |
| | 37:24-38:2 |
| | 38:7-9, 38:21-23 |
| | 39:2-10, 39:15-40:2 |
| | 40:21-41:13 |
| | 42:24-44:3 |
| | 44:4-17 |
| | 46:12-47:16 |

|  |  |
|---|---|
|  | 48:7-49:3 |
|  | 49:5-50:15 |
|  | 52:12-53:4 |
|  | 59:17-61:8 |
|  | 61:24-62:5 |
|  | 63:23-65:18 |
|  | 66:4-67:16 |
|  | 67:18-70:7 |
|  | 71:11-23 |
|  | 72:15-73:11 |
|  | 75:25-77:24 |
|  | 78:11-14 |
|  | 78:25-79:18 |
|  | 80:21-23, 81:1-83:8 |
|  | 84:5-85:5 |
|  | 85:24-87:17 |
|  | 91:6-16, 91:19-22 |
|  | 92:17-94:23 |
|  | 96:7-20 |
|  | 98:8-99:4 |
|  | 100:10-101:21 |
|  | 102:11-103:2 |
|  | 106:5, 106:19-107:4, 107:20-108:8 |
|  | 108:13-20, 109:5-110:15 |
|  | 111:4-112:11 |
|  | 113:21-114:20 |
|  | 115:21-25 |
|  | 116:17-117:2, 117:8-24, 118:6-10, 118:18-23 |
|  | 124:3-125:25 |
|  | 126:4-127:20 |
|  | 128:7-21 |
| Vivek Kamath | 5:7-11, 5:16-6:14 |
|  | 8:20-9:24 |
|  | 10:14-23 |
|  | 11:11-21 |
|  | 31:22-35:20 |
|  | 38:16-40:10 |
|  | 41:5-17 |
|  | 44:8-13 |
|  | 45:13-22 |
|  | 47:8-48:2 |
|  | 53:20-54:13 |

|  | 58:16-59:19 |
|---|---|
|  | 60:5-18 |
|  | 61:14-62:18 |
|  | 71:12-72:11 |
|  | 73:16-23 |
|  | 74:10-75:12 |
|  | 77:20-78:13 |
|  | 81:7-82:10 |
|  | 85:15-86:5 |
|  | 88:7-24 |
|  | 90:8-14 |
|  | 91:18-93:5 |
|  | 97:24-98:1 |
|  | 98:10-99:13 |
|  | 104:5-19 |
|  | 106:4-9, 107:17-111:8 |
|  | 111:1-5 |
|  | 119:15-120:20 |
|  | 123:3-5, 123:17-23 |
|  | 124:21-125:23 |
|  | 126:12-127:12 |
|  | 141:3-6 |
|  | 144:9-145:18 |
|  | 146:14-20 |
|  | 147:3-12 |
| James Lam | 6:13-7:5 |
|  | 8:12-17 |
|  | 18:21-24 |
|  | 19:3-14 |
|  | 29:24-30:3, 30:6-17 |
| Robert Lyells | 8:11-24, 9:1-8 |
|  | 13:10-14:1 |
|  | 15:1-16:17 |
|  | 17:19-18:6, 19:1-14 |
|  | 23:6-24:23 |
|  | 25:3-26:14 |
|  | 29:1-4 |
|  | 30:1-32:7-12 |
|  | 34:22-35:10 |
|  | 43:11-45:10 |
|  | 46:15-49:3 |
|  | 63:13-64:9 |
|  | 79:7-10, 80:5-14 |
|  | 90:11-91:1 |

|  | 95:14-20 |
|---|---|
|  | 105:9-22, 106:6-14 |
|  | 111:10-19 |
|  | 115:11-116:1, 117:15-18 |
|  | 119:1-120:8 |
|  | 124:2-125:1 |
|  | 135:9-15 |
|  | 148:4-11 |
|  | 148:16-25 |
|  | 155:9-156:1 |
|  | 156:24-157:5 |
|  | 165:3-166:3 |
|  | 169:11-18 |
|  | 170:20-25 |
|  | 175:8-176:8 |
|  | 179:19-182:1 |
|  | 192:6-193:3 |
|  | 199:7-200:3 |
|  | 202:1-5 |
|  | 202:13-203:9, 203:17-20 |
|  | 206:18-23 |
|  | 237:20-238:20 |
| Allen Reid | 9:12-20 |
|  | 10:10-20 |
|  | 12:9-14 |
|  | 13:23-17:1 |
|  | 18:21-24 |
|  | 35:4-18 |
|  | 45:18-23 |
|  | 47:11-48:18 |
|  | 51:5-11 |
|  | 52:8-53:9 |
|  | 56:5-9 |
|  | 56:22-57:11 |
|  | 59:24-60:12 |
|  | 61:2-62:6 |
|  | 63:3-65:8, 65:10-13 |
|  | 66:8-13, 66:17-19 |
|  | 74:23-76:10 |
|  | 77:9-78:8 |
|  | 79:2-80:13 |
|  | 82:6-83:7 |
|  | 87:4-88:10 |
|  | 89:23-91:14 |

| | |
|---|---|
| | 92:19-93:17 |
| | 110:8-11:1 |
| | 111:3-116:3 |
| | 117:9-118:9 |
| | 123:10-124:1 |
| | 124:24-126:10 |
| | 127:3-18 |
| | 132:16-135:23 |
| | 138:23-140:14 |
| | 141:18-144:7 |
| | 145:22-146:11 |
| | 164:1-165:8 |
| | 182:6-187:19 |
| | 193:15-196:13 |
| | 198:4-199:5 |
| | 205:16-208:13 |
| Loretta Sweeney | 4:11-13, 4:16-5:1 |
| | 5:16-6:13 |
| | 9:12-15 |
| | 10:16-11:3 |
| | 16:2-18:9 |
| | 18:22-19:19 |
| | 27:7-12 |
| | 28:15-31:6 |
| | 32:13-33:6, 33:15-19, 33:25-34:6 |
| | 36:1-9 |
| | 36:17-37:12 |
| | 38:6-14 |
| | 39:6-40:22 |
| | 43:4-9 |
| | 44:23-46:16, 47:6-13 |
| | 54:12-14 |
| | 55:19-25 |
| | 56:25-58:20 |
| | 60:5-14 |
| | 62:15-17, 22-25 |
| | 63:6-8, 64:1-10 |
| | 87:25-88:5 |
| | 88:21-89:15 |
| | 91:22-92:4 |
| | 93:1-94:9 |
| | 95:21-96:6 |
| | 102:3-103:19 |
| | 104:13-15 |

| | |
|---|---|
| | 104:21-105:4 |
| | 112:8-12 |
| | 4:11-12 |
| | 5:14-16 |
| | 8:6-19 |
| | 9:13-11:1 |
| | 12:2-13:9 |
| | 16:12-24 |
| | 17:5-11 |
| | 21:25-22:21 |
| | 24:2-15 |
| | 25:21-28:3 |
| | 31:13-39:22 |
| | 42:24-43:24 |
| | 46:18-47:13, 47:20-48:18 |
| | 49:13-53:13 |
| | 54:2-57:16 |
| | 57:22-58:13 |
| | 58:18-59:21 |
| | 63:22-64:16 |
| | 66:7-21 |
| | 67:5-8, 67:21-68:9 |
| | 69:2-6 |
| | 70:12-72:17 |
| | 72:23-73:6 |
| | 73:12-74:16 |
| | 76:25-77:8 |
| | 77:19-80:2 |
| | 80:13-16 |
| | 81:1-10 |
| | 90:22-92:12 |
| | 93:11-95:1 |
| | 95:14-19 |
| | 96:8-10, 96:14 |
| | 98:12-99:13 |
| | 106:15-107:18 |
| | 108:5-23 |
| | 110:12-17 |
| | 110:23-111:22 |
| | 112:19-25 |
| | 113:20-114:3 |
| | 121:2-122:6 |
| | 123:6-16, 123:19-124:10 |
| | 124:15-17 |
| Amos Wilson | 124:20-23 |

|  | 126:10-127:11 |
|---|---|
|  | 132:21-133:5 |
|  | 133:19-134:13 |
|  | 134:15-135:13 |
|  | 135:19-136:7 |
|  | 136:25-137:25 |
|  | 138:20-139:12 |
|  | 141:10-12 |
|  | 148:24-149:12 |
|  | 150:13-151:6 |
|  | 152:4-7 |
|  | 160:12-15 |
|  | 161:8-164:22 |

Miller's counsel deposed each of these witnesses before a certified court reporter and/or videographer. Because Miller may use some of the above-listed testimony for limited purpose(s), or because the testimony may be admissible only for limited purpose(s), Miller's disclosure of this testimony is not intended to waive any objection that he may have as to its admissibility for other purposes.

DATED: July 7, 2010

Respectfully submitted,

GILLESPIE, ROZEN & WATSKY P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Tel: (214) 720-2009
Fax: (214) 720-2291

*/s/ James D. Sanford*

Hal K. Gillespie
*Attorney-in-Charge*
Texas Bar No. 07925500
hkg@grwlawfirm.com
Yona Rozen
Texas Bar No. 17958500
yrozen@grwlawfirm.com
Edith K. Thomas
Texas Bar No. 24060717
ethomas@grwlawfirm.com
James D. Sanford
Texas Bar No. 24051289
jsanford@grwlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certify that the parties' counsel have conferred over the admissibility of exhibits listed in Plaintiff's exhibit list and that the foregoing list, which indicates agreement or objections as to certain exhibits, reflects the current state of the parties' agreement.

DATED:  July  7 , 2010

| | |
|---|---|
| FORD & HARRISON LLP<br>1601 Elm St., Suite 4450<br>Dallas, Texas 75201<br>Tel:     214.256.4700<br>Fax:    214.256.4701<br><br> By: */s/ Buena Vista Lyons*<br>(by permission: JDS)<br>    Michael P. Maslanka<br>    Texas Bar No. 13148800<br>    MMaslanka@fordharrison.com<br>    Buena Vista Lyons<br>    Texas Bar No. 00797630<br>    VLyons@fordharrison.com<br><br>**ATTORNEYS FOR DEFENDANT** | GILLESPIE, ROZEN & WATSKY, P.C.<br>3402 Oak Grove Ave., Suite 200<br>Dallas, Texas 75204<br>Tel:     214.720.2009<br>Fax:    214.720.2291<br><br> By: */s/ James D. Sanford*<br>    Hal K. Gillespie<br>    *Attorney-in-charge*<br>    hkg@grwlawfirm.com<br>    Texas Bar No. 07925500<br>    Yona Rozen<br>    Texas Bar No. 17958500<br>    yrozen@grwlawfirm.com<br>    James D. Sanford<br>    Texas Bar No. 24051289<br>    jsanford@grwlawfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July  7 , 2010 he electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means:  Michael P. Maslanka, Esq., and Buena Vista Lyons, Esq., of FORD & HARRISON LLP, attorneys for Defendant Raytheon Company.

                                              */s/ James D. Sanford*
                                                 One of Plaintiff's Counsel