3:09-cv-440-0

Your Honor:

May we please have the "twenty-two (22) scanned pages extracted from the investigation file" referred to in Defendant's Exhibit 21.

Thank you.

Pat Rosengarts
7/13/16

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 1 3 2010
3:27 pm

CLERK, U.S. DISTRICT COURT
By _____
Deputy

3:09-cv- 440-0
Jury Note #1