**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **RICHARD MILLER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:09-cv-440-O** |
| | § | |
| | § | |
| **RAYTHEON COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |

**APPENDIX TO PLAINTIFF'S FEDERAL RULE 54(d)
<u>MOTION FOR ATTORNEY'S FEES AND COSTS</u>**

| TAB | DESCRIPTION | APP |
|-----|-------------|-----|
| 1 | Declaration of Hal Gillespie | 001-079 |
| 2 | Declaration of Yona Rozen | 080-147 |
| 3 | Declaration of Edward B. Cloutman | 148-152 |

DATED:  May 27, 2011                                  Respectfully submitted,

GILLESPIE, ROZEN & WATSKY P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Tel:  214.720.2009
Fax: 214.720.2291

*/s/ James D. Sanford*
Hal K. Gillespie
*Attorney-in-Charge*
Texas Bar No. 07925500
hkg@grwlawfirm.com
Yona Rozen
Texas Bar No. 17958500
yrozen@grwlawfirm.com
James D. Sanford
Texas Bar No. 24051289
jsanford@grwlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 27, 2011 he electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means:  Michael P. Maslanka, Esq., of CONSTANGY BROOKS & SMITH, LLP, attorney for Defendant Raytheon Company.

*/s/ James D. Sanford*
One of Plaintiff's Counsel