**TAB 2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**



| | § | |
|---|---|---|
| **RICHARD MILLER** | § | |
| | § | |
| *Plaintiff,* | § | **CIV. A. NO. 3:09-cv-0440-O** |
| | § | **ECF** |
| *v.* | § | |
| | § | |
| **RAYTHEON COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## DECLARATION OF YONA ROZEN

| STATE OF TEXAS | § | |
|---|---|---|
| | § | |
| COUNTY OF DALLAS | § | |

I hereby declare pursuant to 28 U.S.C. § 1746:

1.     My name is Yona Rozen.  I am over the age of eighteen (18) years, of sound mind, and fully capable of making this affidavit.  I am fully competent to testify to the matters stated in this affidavit, all of which is true, and of which I have personal knowledge.

2.     I am a shareholder of Gillespie, Rozen, & Watsky, P.C. ("GRW").

3.     I obtained a B.A. Degree with Honors in Political Science and History from Penn State University in 1974 and a J.D. Degree from the Vanderbilt University School of Law in Nashville, Tennessee in 1978.  I was admitted to the Pennsylvania Bar in 1978 and to the Texas Bar in 1985.  I am admitted to practice before the United States Supreme Court, United States Court of Appeals for the Fifth, Ninth, and Federal Circuits, the United States District Courts for the Northern, Western, and Eastern Districts of Texas.  In 1978, I was hired as a field attorney for Region 3 of the National Labor Relations Board (NLRB) and remained in that position for

three years. I transferred to the position of staff attorney in the Division of Advice, at the NLRB Headquarters in 1981 and remained in that position for two years. I became an associate in the law firm of Hicks, Gillespie, James & Lesser, P.C in October, 1983 and approximately two years later became a shareholder in that firm.

4.       In 1990 I became a shareholder in the firm that is now known as GILLESPIE, ROZEN, & WATSKY, P.C. (hereinafter "GRW"), with offices in Dallas, Texas. I obtained Board Certification in Labor Law (now known as Labor and Employment Law) in 1987. I have served as a member of the Executive Board of the State Bar of Texas Labor and Employment Section for several years and then as its Chair (1991-1992). I was inducted as a fellow of the College of Labor and Employment Lawyers in 2006. Throughout my legal career, my practice has predominantly involved labor and employment law since I became licensed in October 1978. I regularly write, lecture, and speak on labor and employment law issues. I have extensive civil litigation experience, with substantial experience with jury trials (over 10 as first chair), numerous bench trials, ALJ trials and hundreds of arbitrations. *Texas Monthly* and *Law & Politics* magazines have listed me as a "Super Lawyer" in Dallas (2003-2010), in 2010 in the same publications I was also listed as among the top 50 women lawyers in Texas and the 100 lawyers in DFW. In addition, I have been listed in "Best Lawyers in America" continuously since 1997.

5. I am aware of the customary rates for attorneys of various skill levels specializing in the area of labor, employment, and other civil rights litigation within the Dallas-Fort Worth area. I have also reviewed the Declaration of Hal K. Gillespie filed in this case and have reviewed the underlying documents referenced in paragraph 5 of Mr. Gillespie's declaration including the Honorable Judge Boyle's decision in *Nassar* v. *UT Southwestern Medical Center,* the

Declarations of Brian P. Lauten and Brent R. Walker in Support of Dr. Nassar's Application for Attorneys' Fees (Exhibits 1,2 and 3 attached to the Gillespie declaration). These exhibits demonstrate that Judge Boyle approved rates of $400 for Walker who was admitted in 2004, $500 for Lauten who was admitted in 2001 and $750 for Charla Aldous who was admitted in 1982, all of whom obtained excellent results for Dr. Nassar.

6. In addition I have reviewed several surveys which address the range of attorneys' fees for partners in the Dallas Fort Worth area. A 2010 *National Law Journal* survey of partner billing shows a range from $617 per hour to $1120 per hour for the five Dallas Law Firms listed. For 2010 for partner billing at these five law firms it shows a range as to high billing partners from $617 per hour to $1,120 per hour. That survey shows high billing partners at Thomson & Knight at $825 per hour and at Gardere Wynne Sewell at $817 per hour. A copy of relevant portions of the survey is attached hereto as Exhibit **A**. I have also reviewed a recent survey published by the *Texas Lawyer*. A copy of that survey is attached hereto as Exhibit **B**.

7. I have been admitted to practice since 1978, in Texas since 1985, and in the Northern District of Texas since 1983, and I been board certified in this area of practice since 1987. The result obtained for Mr. Miller in this case was exceptional. *Texas Lawyer* recently published a review of jury verdicts and listed the Miller verdict as the second largest verdict listed in the Employment category in Texas in 2010. The Miller verdict is the highest employment discrimination verdict. A copy of the report is attached hereto as Exhibit **C**.

8. My current rate billed to hourly clients who are paying a full hourly rate is $485.00 for this kind of legal work. As Mr. Gillespie describes more fully at Paragraph 13 of his declaration, many of my clients do not pay a full hourly fee because their cases are handled on a mixed contingency and reduced fee arrangement. I am aware that the rate of $485.00 per hour is

well below the market rate for attorneys of my skill level, experience, expertise, and certification in Dallas. I chose to keep my billing rate low because of my desire to provide legal services to people who come to our firm when they are facing or have experienced a loss of employment and therefore could not afford the market rates. With 33 years of experience and board certification since 1987, my skill level, experience, expertise and certification is at least equal to that of the Thompson & Knight and Gardere lawyers reflected in Exhibit **A** attached hereto. The reasonable rate for attorneys of my skill level, experience, expertise, and certification in the Dallas area is $775 per hour.

9. In this case, Mr. Miller asserted claims of age discrimination under federal and state anti-discrimination laws. GRW attorneys conducted extensive discovery concerning these claims. To prosecute and ultimately prevail on these claims, GRW attorneys conducted three rounds of written discovery; exchanged and reviewed some 2900 pages of discovery documents; took ten depositions of Raytheon Co. witnesses; filed a motion to compel that was granted in part; successfully responded to Raytheon's motion for summary judgment; worked with the economist Dr. J. Herbert Burkman to develop and present evidence of Miller's economic losses; prepared for trial; tried the case; and engaged in post-trial litigation resulting in the Court's May 13 order.

10. The work performed by the attorneys participating in this case and claimed in Plaintiff's *Federal Rule 54(d) Motion for Attorney's Fees and Costs* was reasonable and necessary—both in terms of the work done and the time expended—to obtain the results achieved for Mr. Miller. For example, discovery in this case involved a considerable amount of travel due to the location of several witnesses in southern California. I personally traveled to Los Angeles, California, between February 2 and 3, 2010, to depose Allen Reid and Robert Lyells;

then again between February 23 and 26, 2010, to depose William E. Anderson, James Lam, and Gary LaMonte; and to Boston, Massachusetts, on February 9, 2010, to depose Vivek Kamath. Plaintiff submitted portions of each of these depositions in his appendix supporting his opposition to Raytheon's motion for summary judgment. At trial, both parties presented portions of Anderson's and Kamath's video-taped deposition (See T.5/41-84; T.5/149-167), and the Court referenced Mr. Anderson's testimony in his order addressing Raytheon's post-trial motions. (See Doc. 168 at 16).

11.   The other depositions taken by Plaintiff's counsel were also reasonable and necessary. In addition to the depositions noted in the preceding paragraph, Plaintiff's counsel also deposed Lisa Crump, Douglas Hagedorn, Loretta Sweeney, and Amos Wilson. I took two of these depositions and Mr. Sanford took the others, all of which occurred in Dallas. Crump and Sweeney testified live at trial, and Plaintiff's counsel utilized their deposition transcripts in cross-examination. Both parties read portions of Mr. Wilson's deposition into the record because he was unavailable at the time of trial to appear.

12.   My accurate and contemporaneous time records for the legal services I rendered in this matter are included in Exhibit **5** attached to the Declaration of Hal K. Gillespie. However, I note specifically that I reduced my hours included in Exhibit **5** at the time of initial billing in all instances where I felt such hours were excessive in light of the work performed. For example there were instances where I conferred with James Sanford and Hal K. Gillespie but I chose not to bill the client for my time because Mr. Sanford was doing so and I determined it was not appropriate to bill the client for all attorney hours. Similarly in an instance where Mr. Sanford and I participated in a 3 hour meeting with Ms. Lyons on January 13, 2010, my time is included but Mr. Sanford's is not. I estimate that I reduced, before initial billing, at least 10% of the hours

that otherwise would have been billed.

13.   The parties tried Miller's age discrimination claims to a jury from July 8, 2010 to July 13, 2010.  The parties tried the equitable relief/front pay phase of the litigation to the Court on July 29, 2010.

14.   The time and effort required to fully litigate Mr. Miller's claims against Defendant necessarily precluded GRW from undertaking other opportunities for employment.  As someone well known for my skill in the area of labor and employment law, I receive many referrals on a regular basis.  Because of my commitment to Mr. Miller's case, for many weeks at a time, I was unable to commit the time to interview prospective clients, accept those cases, and pursue those legal claims.  Mr. Miller has no relationship with me or any other attorney who has participated in this case that would act to reduce compensation for legal services.

15.   The total amount of expenses incurred by my firm and/or directly paid by Richard Miller is $ 42,348.26.  Not all of these expenses are claimed as reimbursable expenses..  Plaintiff now claims the costs set forth below, which are reasonable and which he necessarily incurred for purposes of this litigation.  True and correct copies of invoices for expenses billed to my firm are attached at Exhibit **D** to this declaration. (Summaries of these costs paid by the firm are also reflected in the billing records which are contained in Exhibit **5** attached to the Declaration of Hal. K. Gillespie).  Also attached to this declaration, at Exhibit **E**, are true and correct copies of receipts for costs paid directly by Mr. Miller, including airfare and accommodations for him and for me for depositions in Los Angeles and Boston, as well as travel costs for Gregory Meihn to travel from Detroit to Dallas to testify at trial.  Mr. Miller also paid Dr. Burkman's fee directly, and I am including Dr. Burkman's invoices and a cancelled check drawn on the Millers' account at Exhibit **F**.  I have reviewed the attached invoices and costs items and believe that they

represent the reasonable and necessary expenses incurred by this firm and/or Mr. Miller directly in prosecuting his case.

16.   The following chart summarizes the reasonable and necessary expenses incurred by GRW in pursuing Mr. Miller's claims for which he now seeks recovery.

*Cost Summary*

| Cost | Amount |
|---|---|
| Filing Fees* | $ 350.00 |
| Transportation | |
|     Airfare | $ 860.10 |
|     Parking | $ 156.95 |
| Copying Charges* | $ 977.90 |
| Delivery Services/Process server | $ 171.85 |
| Deposition Fees* | $ 8,945.55 |
| Hotels | $ 351.92 |
| Meals | $ 9.49 |
| Trial Transcripts* | $ 2,262.75 |
| Postage | $ 161.94 |
| Miscellaneous/Trial costs | $ 569.99 |
| TOTAL | $ 14,818.44 |

Expense items marked with an asterisk are those that I believe are taxable under 28 U.S.C. § 1920.   Notably, Miller does request reimbursement for out-of-pocket videographer/video editing costs or mediation costs—totaling $6,595 and $2,775, respectively.

The following chart summarizes the reasonable and necessary expenses incurred in pursuing Mr. Miller's claims that Mr. Miller paid directly and for which he now seeks recovery.

### *Cost Summary*

| Cost | Amount |
|------|--------|
| Transportation | |
|     Airfare | $ 1,652.60 |
|     Taxi | $ 78.00 |
|     Parking | $ 141.00 |
| Hotels | $ 957.64 |
| Meals | $ 205.58 |
| Expert costs | $ 15,125.00 |
| TOTAL | $ 18,159.82 |

17.     Plaintiff seeks reimbursement for $569.99 in "Miscellaneous/Trial" costs. These costs include items necessary for the presentation of Mr. Miller's case to the jury, including his share of rental charges for the audio equipment and binders made into exhibit binders.

18.     Plaintiff also seeks reimbursement of $977.90 in copying costs. My firm's practice is to copy our client on all correspondence, pleadings, and discovery in the client's case. I believe this practice is necessary to satisfy our duty to communicate with Mr. Miller, as the client, and in this case, it was necessary so that Mr. Miller could participate in reviewing discovery and documents, give input in responding to summary judgment, and provide input in the preparations for trial.

19.     FURTHER DECLARANT SAYETH NAUGHT.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief this 27th day of May 2011.

Signed: _Yona Rozen_
Yona Rozen



LAW.COM   Welcome to the New Law.com. Click here to register and get started.   Sign Out | My Account

Download the Am Law 100, the definitive ranking of America's top
100 revenue-grossing law firms, to:
Benchmark your firm with financials from the top 100 firms.   ALM LEGAL INTELLIGENCE

An **ALM** Web site

# THE NATIONAL
# LAW JOURNAL
with D.C. news from LegalTimes

This Site | Law.com Network | Legal Web

**Search the Legal Web**   Go >>

| 30 Day Free Trial | | National News | | Washington News | | | RSS |
|---|---|---|---|---|---|---|---|
| Home | Legal Business | Law Schools | Columns | Verdicts | Opinion | Video Center | Blog |

NLJ Home > **The 2010 NLJ Billing Survey**

### The 2010 NLJ Billing Survey



## A nationwide sampling of law firm billing rates

*The National Law Journal* asked the respondents to its 2010 survey of the nation's 250
largest law firms to provide a range of hourly billing rates.
Firms that supplied the information are listed in alphabetical order. Non-NLJ 250 firms
appear separately.

**See also**
• Billing rates by associate class
• Methods of alternate billing
• Revenue generated by alternate billing



EXHIBIT
A

**LAW.COM**    Welcome to the National Office. Click here to register to get started.

| | | Number of attorneys | Average of firmwide billing rates | Median of firmwide billing rates |
|---|---|---|---|---|
| Fox Rothschild | Philadelphia | 472 | $407 | $415 |
| Frost Brown Todd | Cincinnati | 404 | $279 | $280 |
| Gardere Wynne Sewell | Dallas | 270 | $443 | $450 |
| Gibbons | Newark, N.J. | 223 | $404 | $410 |
| Godfrey & Kahn | Milwaukee | 172 | | |
| GrayRobinson | Orlando, Fla. | 250 | | |
| Greenberg Traurig | New York | 1,763 | $453 | $480 |
| Harris Beach | Rochester, N.Y. | 176 | | |
| Hiscock & Barclay | Syracuse, N.Y. | 175 | $311 | $275 |
| Hodgson Russ | Buffalo, N.Y. | 197 | $328 | $320 |
| Holland & Knight | Washington | 942 | $418 | $425 |
| Holme Roberts & Owen | Denver | 192 | $355 | $345 |
| Husch Blackwell | St. Louis | 554 | $329 | $331 |
| Jackson Kelly | Charleston, W.Va. | 161 | | |
| Jackson Lewis | White Plains, N.Y. | 661 | $364 | $300 |
| Jones, Walker, Waechter, | New Orleans | 302 | | |
| Kelley Drye & Warren | New York | 325 | | |
| Kilpatrick Stockton | Atlanta | 423 | $425 | $425 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 266 | $432 | $415 |
| Lane Powell | Seattle | 175 | $349 | $380 |
| Lathrop & Gage | Kansas City | 286 | | |
| Lindquist & Vennum | Minneapolis | 184 | $330 | $350 |
| Littler Mendelson | San Francisco | 764 | $372 | $355 |
| Locke Lord Bissell & Liddell | Dallas | 642 | $486 | $515 |

Sign Out | My Account

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties. LLC. All rights reserved.



LAW.COM

Sign Out | My Account

| Firmwide billing rates | Partners' Billing Rate: High | Partners' Billing Rate: Low | Average of registered partners' billing rates | Median partners' billing rates | Associate Billing Rate: High | Associate Billing Rate: Low |
|---|---|---|---|---|---|---|
| $415 | $690 | $315 | $473 | $470 | $475 | $235 |
| $280 | $515 | $200 | $326 | $325 | $250 | $150 |
| $450 | $815 | $380 | $531 | $525 | $443 | $195 |
| $410 | $790 | $390 | $479 | $475 | $450 | $250 |
|  | $495 | $325 |  |  | $340 | $180 |
|  | $750 | $225 |  |  | $315 | $150 |
| $480 | $875 | $355 | $550 | $580 | $610 | $200 |
|  | $500 | $275 |  |  | $250 | $140 |
| $275 | $650 | $195 | $348 | $305 | $440 | $150 |
| $320 | $665 | $230 | $374 | $370 | $410 | $175 |
| $425 | $850 | $300 | $499 | $495 | $480 | $185 |
| $345 | $635 | $285 | $415 | $410 | $530 | $170 |
| $331 | $804 | $230 | $357 | $375 | $415 | $171 |
|  | $495 | $245 |  |  | $275 | $155 |
| $300 | $715 | $260 | $428 | $430 | $440 | $150 |
|  | $620 | $195 |  |  | $275 | $140 |
|  | $900 | $465 |  |  | $565 | $275 |
| $425 | $730 | $375 | $527 | $520 | $465 | $225 |
| $415 | $710 | $395 | $511 | $485 | $450 | $285 |
| $380 | $600 | $310 | $431 | $430 | $350 | $230 |
|  | $490 | $255 |  |  | $265 | $180 |
| $350 |  |  | $415 | $410 |  |  |
| $335 | $650 | $290 | $445 | $435 | $480 | $210 |
| $515 | $1,120 | $400 | $599 | $600 | $525 | $215 |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.



**LAW.COM**    Welcome to the Law.com... Associate to register... Average sorted.    Sign Out | My Account

| Median partners' billing rates | Average partners' billing rates | Associate Billing Rate: High | Associate Billing Rate: Low | Average associates' billing rates | Median of associates' billing rates |
|---|---|---|---|---|---|
| $473 | $470 | $475 | $235 | $298 | $290 |
| $326 | $325 | $250 | $150 | $189 | $190 |
| $531 | $525 | $445 | $193 | $311 | $310 |
| $479 | $475 | $450 | $250 | $289 | $275 |
|  |  | $340 | $180 |  |  |
|  |  | $315 | $150 |  |  |
| $550 | $580 | $610 | $200 | $332 | $350 |
|  |  | $250 | $140 |  |  |
| $348 | $305 | $440 | $150 | $234 | $195 |
| $374 | $370 | $410 | $175 | $238 | $230 |
| $499 | $495 | $480 | $185 | $288 | $280 |
| $415 | $410 | $530 | $170 | $295 | $285 |
| $357 | $375 | $415 | $171 | $220 | $205 |
|  |  | $275 | $155 |  |  |
| $428 | $430 | $440 | $150 | $282 | $275 |
|  |  | $275 | $140 |  |  |
|  |  | $565 | $275 |  |  |
| $527 | $520 | $465 | $225 | $320 | $320 |
| $511 | $485 | $450 | $285 | $332 | $335 |
| $431 | $430 | $350 | $230 | $278 | $275 |
|  |  | $265 | $180 |  |  |
| $415 | $410 |  |  | $235 | $230 |
| $445 | $435 | $480 | $210 | $296 | $285 |
| $599 | $600 | $525 | $215 | $320 | $300 |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties, LLC. All rights reserved.


**ALM** An Integrated Media Company

**LAW.COM**    Welcome to the Private Office. Click here to register Member of    Sign Out | My Account

| | | Number of attorneys | Average of firmwide billing rates | Median of firmwide billing rates |
|---|---|---|---|---|
| Schulte Roth & Zabel | New York | 433 | | |
| Seyfarth Shaw | Chicago | 704 | $377 | $375 |
| Sheppard Mullin | Los Angeles | 464 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 210 | $331 | $350 |
| Smith, Gambrell & Russell | Atlanta | 175 | | |
| Snell & Wilmer | Phoenix | 396 | $338 | $325 |
| Stoel Rives | Portland, Ore. | 368 | $381 | $395 |
| Strasburger & Price | Dallas | 181 | $336 | $351 |
| Taft, Stettinius & Hollister | Cincinnati | 286 | $315 | $315 |
| Thompson & Knight | Dallas | 328 | | |
| Thompson Coburn | St. Louis | 326 | | |
| Townsend and Townsend and | San Francisco, Calif. | 177 | $320 | $290 |
| Ulmer & Berne | Cleveland | 177 | | |
| Vedder Price | Chicago | 255 | $425 | $425 |
| Venable | Washington | 494 | $484 | $495 |
| Williams Mullen | Richmond, Va. | 300 | $368 | $340 |
| Winstead | Dallas | 264 | $395 | |
| Winston & Strawn | Chicago | 899 | $486 | $490 |
| Womble Carlyle Sandridge & Rice | Winston Salem, N.C. | 503 | $372 | $375 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 186 | | |
| Non-NLJ 250 Firms | | | | |
| Brinks Hofer Gilson & Lione | Chicago | 149 | $435 | $435 |
| Fowler White Boggs | Tampa, Fla. | 127 | $350 | $370 |
| Lewis, Rice & Fingersh | St. Louis | 157 | | |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties, LLC. All rights reserved.



**LAW.COM**

Sign Out | My Account

| firmwide billing rates | Partner Billing Rate: High | Partner Billing Rate: Low | Average of registered partners' billing rates | Median of started partners' billing rates | Associate Billing Rate: High | Associate Billing Rate: Low |
|---|---|---|---|---|---|---|
| | $895 | $735 | | | $690 | $275 |
| $375 | $770 | $335 | $505 | $503 | $535 | $185 |
| | $820 | $495 | | | $620 | $270 |
| $350 | $540 | $250 | $366 | $365 | $315 | $185 |
| | $740 | $325 | | | $440 | $195 |
| $325 | $795 | $315 | $486 | $475 | $550 | $175 |
| $395 | $600 | $315 | $441 | $443 | $390 | $190 |
| $351 | $617 | $250 | $372 | $393 | $306 | $194 |
| $315 | $500 | $220 | $358 | $350 | $365 | $165 |
| | $825 | $410 | | | $440 | $265 |
| | $610 | $300 | | | $395 | $190 |
| $290 | $750 | $470 | $563 | $550 | $460 | $260 |
| | $365 | $260 | | | $375 | $185 |
| $425 | $720 | $370 | $483 | $470 | $365 | $255 |
| $495 | $950 | $445 | $590 | $585 | $500 | $280 |
| $340 | $645 | $315 | $428 | $395 | $370 | $230 |
| | $655 | $340 | $462 | | $390 | $215 |
| $490 | $1,075 | $475 | $670 | $660 | $610 | $250 |
| $375 | $625 | $300 | $461 | $465 | $445 | $210 |
| | $500 | $245 | | | $285 | $180 |
| $435 | $725 | $345 | $541 | $560 | $420 | $195 |
| $370 | $575 | $325 | $400 | $388 | $315 | $205 |
| | $460 | $260 | | | $315 | $150 |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties, LLC. All rights reserved.



**LAW.COM**

Sign Out | My Account

| | Median of partners' billing rates | Welcome to this section of Law.com. Associates' partners' billing rates | As New to Law.com... Associate Billing Rate: High | Click here to register. Associate Billing Rate: Low | you are not sorted. Average of associates' billing rates | Median of associates' billing rates |
|---|---|---|---|---|---|---|
| | | | $690 | $275 | | |
| | $505 | $503 | $335 | $185 | $325 | $320 |
| | | | $620 | $270 | | |
| | $366 | $365 | $315 | $185 | $246 | $235 |
| | | | $440 | $195 | | |
| | $486 | $475 | $550 | $175 | $282 | $265 |
| | $441 | $443 | $390 | $190 | $270 | $265 |
| | $372 | $393 | $306 | $194 | $243 | $245 |
| | $358 | $350 | $365 | $165 | $227 | $225 |
| | | | $440 | $265 | | |
| | | | $395 | $190 | | |
| | $563 | $550 | $460 | $260 | $345 | $325 |
| | | | $375 | $185 | | |
| | $483 | $470 | $365 | $255 | $326 | $325 |
| | $590 | $585 | $500 | $280 | $353 | $330 |
| | $428 | $395 | $370 | $230 | $279 | $280 |
| | $462 | | $390 | $215 | $291 | |
| | $670 | $660 | $610 | $250 | $393 | $375 |
| | $461 | $465 | $445 | $210 | $291 | $285 |
| | | | $285 | $180 | | |
| | $541 | $560 | $420 | $195 | $308 | $285 |
| | $400 | $388 | $315 | $205 | $250 | $255 |
| | | | $315 | $150 | | |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties, LLC. All rights reserved.


An Integrated Media Company

LAW.COM    Welcome to the New Law.com. Click here to register and get started.    Sign Out | My Account

FedEx Freight    What's the one thing we changed to simplify your LTL shipping?
Expand to Learn more ›

## TEXAS LAWYER
An ALM Web site

TAKE OUR WEBSITE FOR A

This Site | Law.com Network | Legal Web

Search the Legal Web         Go >>

HOME  |  ADVERTISE  |  CONTACT US  |  SUBSCRIBE  |  REGISTER FOR LIMITED ACCESS  |  RSS FEED

Home › This Week's Issue › *Hourly Billing Rates*

### HOURLY BILLING RATES

| City and Firm Size | Equity Partner 2010 | Equity Partner 2009 | Percent Change | Non-Equity Partner 2010 |
|---|---|---|---|---|
| Survey Averages | $397 | $391 | 1.5 | $359 |
| CITY | | | | |
| Austin/San Antonio | $392 | $386 | 1.6 | $353 |
| Dallas/Fort Worth | $484 | $476 | 1.7 | $452 |
| Houston | $410 | $405 | 1.2 | $327 |
| Other | $272 | $271 | 0.4 | $224 |
| Number of Lawyers | | | | |
| 100+ | $561 | $545 | 2.9 | $498 |
| 50-99 | $361 | $358 | 0.8 | $272 |
| 30-49 | $335 | $334 | 0.3 | $296 |
| Less than 30 | $360 | $356 | 1.1 | $290 |

terms & conditions  |  privacy  |  advertising  |  about texaslawyer.com

the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Law Yawer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**EXHIBIT**
**B**

LAW.COM    Welcome to the New Law.com. Click here to register and get started.    Sign Out | My Account

Fed Freight    What's the one thing we changed to simplify your LTL shipping?    Expand to Learn more ›

**TAKE OUR WEBSITE FOR A**    **TEXAS LAWYER**    An ALM Web site

This Site | Law.com Network | Legal Web

Search the Legal Web    Go >>

HOME  |  ADVERTISE  |  CONTACT US  |  SUBSCRIBE  |  REGISTER FOR LIMITED ACCESS  |  RSS FEED

Home › This Week's Issue › **Hourly Billing Rates**

## HOURLY BILLING RATES

| Non-Equity Partner 2009 | Percent Change | 7th-Year Associate 2010 | 7th-Year Associate 2009 | Percent Change | 4th-Year Associate 201 |
|---|---|---|---|---|---|
| $350 | 2.6 | $287 | $282 | 1.8 | $249 |
| $346 | 2 | $284 | $280 | 1.4 | $241 |
| $440 | 2.7 | $346 | $338 | 2.4 | $298 |
| $317 | 3.2 | $278 | $271 | 2.6 | $257 |
| $225 | -0.4 | $190 | $190 | 0 | $167 |
| $486 | 2.5 | $395 | $382 | 3.4 | $339 |
| $266 | 2.3 | $245 | $245 | 0 | $226 |
| $293 | 1 | $231 | $228 | 1.3 | $203 |
| $278 | 4.3 | $276 | $271 | 1.8 | $234 |

terms & conditions  |  privacy  |  advertising  |  about texaslawyer.com

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

LAW.COM    Welcome to the New Law.com. Click here to register and get started.    Sign Out | My Account

Fed Freight    What's the one thing we changed to simplify your LTL shipping?    Expand to Learn more ›

**TAKE OUR WEBSITE FOR A**    **TEXAS LAWYER**    An **ALM** Web site

This Site | Law.com Network | Legal Web

Search the Legal Web    Go >>

HOME | ADVERTISE | CONTACT US | SUBSCRIBE | REGISTER FOR LIMITED ACCESS | RSS FEED

Home › This Week's Issue › **Hourly Billing Rates**

## HOURLY BILLING RATES

| 4th-Year Associate 2010 | 4th-Year Associate 2009 | Percent Change | 1st-Year Associate 2010 | 1st-Year Associate 2009 | Percent Chan |
|---|---|---|---|---|---|
| $249 | $243 | 2.5 | $203 | $198 | 2.5 |
| $241 | $239 | 0.8 | $210 | $209 | 0.5 |
| $298 | $288 | 3.5 | $223 | $219 | |
| $257 | $251 | 2.4 | $206 | $201 | 2.5 |
| $167 | $166 | 0.6 | $140 | $140 | 0 |
| $339 | $327 | 3.7 | $260 | $259 | 0.4 |
| $226 | $224 | 0.9 | $191 | $191 | 0 |
| $203 | $201 | 1 | $160 | $157 | 1.9 |
| $234 | $228 | 2.6 | $194 | $186 | 4.3 |

terms & conditions | privacy | advertising | about texaslawyer.com

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

LAW.COM    Welcome to the New Law.com. Click here to register and get started.    Sign Out | My Account

**Fed** Freight    What's the one thing we changed to simplify your LTL shipping?    Expand to Learn more ›

**TAKE OUR WEBSITE FOR A**

# TEXAS LAWYER
An **ALM** Web site

This Site | Law.com Network | Legal Web

Search the Legal Web        Go >>

HOME  |  ADVERTISE  |  CONTACT US  |  SUBSCRIBE  |  REGISTER FOR LIMITED ACCESS  |  [RSS FEED]

Home › This Week's Issue › Hourly Billing Rates

## HOURLY BILLING RATES

| 1st-Year Associate 2009 | Percent Change | Senior Legal Assistant 2010 | Senior Legal Assistant 2009 | Percent Change |
|---|---|---|---|---|
| $198 | 2.5 | $141 | $139 | 1.4 |
| $209 | 0.5 | $141 | $139 | 1.4 |
| $219 | | $172 | $171 | 0.6 |
| $201 | 2.5 | $145 | $141 | 2.8 |
| $140 | 0 | $87 | $90 | -3.3 |
| $259 | 0.4 | $199 | $196 | 1.5 |
| $191 | 0 | $126 | $125 | 0.8 |
| $157 | 1.9 | $111 | $114 | -2.6 |
| $186 | 4.3 | $125 | $121 | 3.3 |

terms & conditions  |  privacy  |  advertising  |  about texaslawyer.com

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

# ▼ VERDICTSEARCH

## VERDICT SEARCH'S
# TOP TX
# VERDICTS
*of 2010*



EXHIBIT

tabbies

C

## CREDITOR AND DEBTOR

| No. | Case Name | Date | Court | Headline | Total | Attorneys |
|-----|-----------|------|-------|----------|-------|-----------|
| 1 | Veronica Gonzales v. David Cantu Jr. and Hector Mejia | 7/29/10 | Dallas County | Plaintiff claimed fraudulent transfer of residential property | $675,000.00 | Price L. Johnson, Dallas, TX of Johnson Firm |

## DISCRIMINATION

| No. | Case Name | Date | Court | Headline | Total | Attorneys |
|-----|-----------|------|-------|----------|-------|-----------|
| 1 | Naiel Nassar, M.D. v. UT Southwestern Medical Center | 5/26/10 | Federal | Pakistani doctor clamed he faced retaliation at medical school | $3,625,667.33 | Charla G. Aldous, Dallas, TX of Aldous Law Firm; Brent Walker, Dallas, TX of Aldous Law Firm; Brian P. Lauten, Mesquite, TX of Sawicki & Lauten, L.L.P.; Amy Bryant Lauten, Dallas, TX of Sawicki & Lauten, L.L.P. |

## EMPLOYMENT

| No. | Case Name | Date | Court | Headline | Total | Attorneys |
|-----|-----------|------|-------|----------|-------|-----------|
| 1 | Richard Garriott v. NCSoft Corp. | 7/29/10 | Federal | Video game exec said company broke stock option agreement | $28,000,000.00 | David B. Conrad, Dallas, TX of Fish & Richardson P.C.; Stephen E. Fox, Dallas, TX of Fish & Richardson P.C.; Kelly Dean Hine, Dallas, TX of Fish & Richardson P.C.; Tommy Jacks, Austin, TX of Fish & Richardson P.C. |
| 2 | Richard Miller v. Raytheon Company | 7/13/10 | Federal | Raytheon engineer claimed age played role in termination | $16,579,179.00 | Hal K. Gillespie, Dallas, TX of Gillespie, Rozen & Watsky PC; Yona Rozen, Dallas, TX of Gillespie, Rozen & Watsky PC; James Dennis Sanford, Dallas, TX of Gillespie, Rozen & Watsky PC |
| 3 | Mark Duncan v. El Paso Electric Company | 12/17/10 | El Paso County | Plaintiff fired after he faced death threat from manager | $5,804,109.00 | John A. Wenke, El Paso, TX of Law Office of John Wenke |
| 4 | Lynda M. Beck v. Guardian Leasing Inc. | 8/5/10 | Harris County | Office worker claimed boss asked her about her sex life | $868,000.00 | Stanley P. Santire, Houston, TX; Steve Petrou, Cypress, TX of Law Office of Steven Petrou |
| 5 | Christopher Koustoubardis v. Texas Youth Commission | 10/7/10 | Dallas County | Judge claimed he was fired for reporting misconduct | $692,879.00 | Julie E. Heath, Dallas, TX of Farrow-Gillespie and Heath; Jennifer N. Lewis, Dallas, TX of Farrow-Gillespie and Heath; Don A. Tittle, Jr., Dallas, TX of Law Offices of Don Tittle |
| 6 | William Wise, Jr. v. Dell, Inc. | 11/15/10 | Travis County | Dell sales rep claimed age played role in termination | $568,019.00 | Paul Matula, Austin, TX of Hohmann, Taube & Summers; Amanda Taylor, Austin, TX of Hohmann, Taube & Summers |
| 7 | Armando Gonzales v. Dallas County | 11/19/10 | Dallas County | Deputy constable fired for reporting violations, he claimed | $606,046.90 | Corey Hyden, Dallas, TX of Lippe & Associates; Emil Lippe, Jr., Dallas, TX of Lippe & Associates |

# The Vethan Law Firm, PC

## Is pleased to announce obtaining a Top Verdict in Texas for 2010- $2,850,000.00



The Vethan Law Firm, P.C. won a $2.8 million jury verdict on November 17, 2010, representing the plaintiff in Civil Action No. 4:09-cv-02644; David Homoki dba Global Check Services v. Conversion Services, Inc.; in the United States District Court for the Southern District of Texas; Houston Division.

## Houston Business Lawyers

A boutique law firm located in the heart of Midtown, The Vethan Law Firm is focused on representing aggressively growing, privately owned businesses throughout the Southwest United States, and internationally.

The Vethan Law Firm, P.C.
3501 Allen Parkway
Houston, Texas 77019
Tel: 713-526-2222
Fax: 713-526-2230
Principal Office

**www.texasbizlaw.com**

Charles M.R. Vethan*
Lee Keller King
Collin J. Wynne
*Board Certified in Consumer & Commercial Law
by the Texas Board of Legal Specialization

37520

177.45

177.45

**GILLESPIE, ROZEN & WATSKY, PC**

DFW Court Reporting, Inc.

Client Expenses:Transcripts - HKG

7/12/2010

Re: Miller v. Raytheon; (Trial) Opening Statements

FNB - GRW Operatin   Re: Miller v. Raytheon

*D* DELUXE CORP*  1-800-328-0304   www.deluxeforms.com

EXHIBIT

**D**

tabbies®

## Debbie L. Whitney

| | |
|---|---|
| **From:** | James Sanford [jsanford@grwlawfirm.com] |
| **Sent:** | Monday, July 12, 2010 8:48 AM |
| **To:** | dwhitney@grwlawfirm.com |
| **Subject:** | FW: Miller v. Raytheon Opening Statements |

Debbie –

Can we have a check cut to the court reporter, details as listed below? I'd like to bring it to court on Tuesday, if possible. Thanks.

James D. Sanford
**Gillespie, Rozen & Watsky P.C.**
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204
Tel:  (214) 720-2009
Fax: (214) 720-2291

*This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** James Sanford [mailto:jsanford@grwlawfirm.com]
**Sent:** Monday, July 12, 2010 7:07 AM
**To:** 'Debbie Saenz'
**Cc:** hkg@grwlawfirm.com; yrozen@grwlawfirm.com; dwhitney@grwlawfirm.com; 'James Sanford'
**Subject:** RE: Miller v. Raytheon Opening Statements

Thanks, Debbie. I will work on getting a check ready for you. Do you mind if I aim to bring it Tuesday? Our office manager will be in Monday and will be able to issue the check then. Thanks.

Jim
James D. Sanford
**Gillespie, Rozen & Watsky P.C.**
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204
Tel:  (214) 720-2009
Fax: (214) 720-2291

*This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** Debbie Saenz [mailto:debbie.saenz@yahoo.com]
**Sent:** Sunday, July 11, 2010 2:25 PM
**To:** Michael Maslanka; Vista Lyons; Laura McFerrin; Hal Gillespie; Yona Rozen; Jim Sanford
**Subject:** Miller v. Raytheon Opening Statements

Counsel,

1

Attached is your transcript of opening statements in PDF as filed.  I will bring you a printed copy to court in the morning.

Your invoice has been split.  Mr. Gillespie's invoice is No. 10-064 and Mr. Maslanka's is invoice No. 10-065.  Each is in the amount of 177.45.  Please bring a check to court payable to DFW Court Reporting, Inc. in that amount.

Thank you,

Debbie Saenz, CSR, RMR, CRR
Court Reporter to
United States District Judge Reed O'Connor
O - 214.753.2298
C - 214.642.7267

2

**APP 104**

37560

**GILLESPIE, ROZEN & WATSKY, PC**

DFW Court Reporting, Inc.

Client Expenses:Transcripts - HKG

8/12/2010

Re: Miller v. Raytheon; (Trial) Closing Statements

100.80

100.80

FNB - GRW Operatin    Re: Miller v. Raytheon

DELUXE CORP 1+800-328-0304  www.deluxeforms.com

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _____ Northern _____ District of _____ Texas - Dallas Division _____

| **INVOICE** | NUMBER | 10-068 |
|---|---|---|

| **TO:**<br>Mr. Hal Gillespie<br>Gillespie, Rozen & Watsky, P.C.<br>3402 Oak Grove Avenue, Suite 200<br>Dallas, Texas 75204<br><br>PHONE: 214.720.2009 | **NOTE**<br>**MAKE CHECK PAYABLE TO:**<br>DFW Court Reporting, Inc.<br>Tax ID No. 20-3290159<br>4621 S. Cooper, #131-184<br>Arlington, Texas 76017<br>PHONE:  214.642.7267 - Debbie Saenz |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL    X CIVIL | DATE ORDERED<br>July 19, 2010 | DATE DELIVERED<br>July 19, 2010 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
No. 3:09-CV-440-O; Richard Miller v. Raytheon Company - Closing Arguments of Counsel taken on July 13, 2010 before the Honorable Reed O'Connor, and a jury.

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | , | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 48 | 1.20 | 57.60 | 48 | .90 | 43.20 | 100.80 |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): See above. | **TOTAL** | 100.80 |
|---|---|---|
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | **TOTAL REFUNDED** | |
| | **TOTAL DUE** | 100.80 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE<br>7/19//10 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed.)*

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

**APP 106**

## Debbie L. Whitney

| | |
|---|---|
| **From:** | Debbie Saenz [debbie.saenz@yahoo.com] |
| **Sent:** | Wednesday, August 11, 2010 12:20 PM |
| **To:** | 'Jim Sanford'; 'Hal Gillespie'; yrozen@grwlawfirm.com |
| **Cc:** | dwhitney@grwlawfirm.com |
| **Subject:** | RE: 7/12/10 Miller v. Raytheon - Transcript and Invoice |

Yona,

No problem, it happens.  Thank you for checking on it and taking care of it for me.

My portion of the trial is approximately 1000 pages.  You have about 75 pages of it, but it will, of course, be placed back into context of the trial when transcribed.  The rate is .90 per page for a copy since Raytheon has ordered the original.  You have time to think about it because I have criminal to be done, plus 500 pages on another thing before you.  Let me know or I'll contact you when I get to that point.

I enjoyed working with all of you.  Maybe you'll get to Fort Worth sometime!

Debbie


--- On **Wed, 8/11/10, Yona Rozen <_yrozen@grwlawfirm.com_>** wrote:

From: Yona Rozen <yrozen@grwlawfirm.com>
Subject: RE: 7/12/10 Miller v. Raytheon - Transcript and Invoice
To: "'Debbie Saenz'" <debbie.saenz@yahoo.com>, "'Jim Sanford'" <jsanford@grwlawfirm.com>, "'Hal Gillespie'" <hkg@grwlawfirm.com>
Cc: dwhitney@grwlawfirm.com
Date: Wednesday, August 11, 2010, 5:08 PM

Debbie:  I just checked on this bill and none of us had gotten it to our bookkeeper/office manager for payment, and it is hard for her to pay the bill if we don't give it to her.  She has it now and will send the check out today to the Arlington address on the bill.  I am really sorry this fell through the cracks.  Thanks.  Yona


Yona Rozen

Gillespie, Rozen & Watsky,  P.C.

3402 Oak Grove Ave.  Suite 200

Dallas, Texas 75204

214-720-2009

214-720-2291 (fax)

yrozen@grwlawfirm.com

1

**APP 107**

The contents of this email are confidential to the sender and the ordinary user of the email address to which it was addressed, and may also be privileged. If you are not the addressee of the email, you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. If you have received this email in error, please advised the sender at 214-720-2009. Thank you.

**From:** Debbie Saenz [mailto:debbie.saenz@yahoo.com]
**Sent:** Wednesday, August 11, 2010 10:33 AM
**To:** Jim Sanford; Yona Rozen; Hal Gillespie
**Subject:** Fw: 7/12/10 Miller v. Raytheon - Transcript and Invoice

Hal, Yona, and Jim,

Can one of you please check on the attached invoice for me? I still haven't received payment and I just wanted to be sure it wasn't missed. I have transferred to Fort Worth and am no longer with Judge O'Connor, so you can stick it in the mail to the Arlington address.

Thank you!

Debbie Saenz

U.S. District Court Reporter

cell 214.642.7267

--- On **Mon, 7/19/10, Debbie Saenz <_debbie.saenz@yahoo.com_**> wrote:

From: Debbie Saenz <debbie.saenz@yahoo.com>
Subject: 7/12/10 Miller v. Raytheon - Transcript and Invoice
To: "Jim Sanford" <jsanford@grwlawfirm.com>, "Yona Rozen" <yrozen@grwlawfirm.com>, "Hal Gillespie" <hkg@grwlawfirm.com>
Date: Monday, July 19, 2010, 9:12 PM

Jim,

2

Attached is your invoice and transcript of closing arguments. I have attached it in PDF and in E-Transcript format. If you do not have E-Transcript, you will need to download the free browser from www.reallegal.com in order to view and print it.

Let me know if you decide you want Mr. Miller's testimony as well.

You can deliver your check to me at the courthouse to the clerk's office on the 14th floor c/o Judge O'Connor's chambers. We'll be in trial and it will be a pain to get to me with any delivery, so the clerk's office is easiest. Just be sure you have my name and c/o on there. Also, shoot me an e-mail and let me know when someone comes so I will be watching for it and it doesn't get lost in the shuffle down there.

Let me know if you have any questions.

Thanks,

Debbie Saenz

**GILLESPIE, ROZEN & WATSKY, PC**
Shawn McRoberts, RMR, CRR
Client Expenses:Court Cost - HKG

10/28/20
Re:Miller, Richard; Volume 3 of trial 7/10/10; evidenti
7/29/10, two word indexes

FNB - GRW Operatin     Re:Miller, Richard v. Raytheon

ᗡ DELUXE CORP  1+800-328-0304  www.deluxeforms.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

INVOICE NO:  00000223

━━MAKE CHECKS PAYABLE TO:━━

Mr. Hal K. Gillespie
Gillespie, Rozen & Watsky
3402 Oak Grove Avenue, Suite 200
Dallas, TX 75204

Phone:  (214) 720-2009
FAX:  (214) 720-2291

Shawn McRoberts, RMR, CRR
United States Court Reporter
1100 Commerce, Rm. 1654
Dallas, TX 75242

Phone:  (214) 753-2349
FAX  (214) 753-2352
Tax ID:  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
shawn_mcroberts@txnd.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 09-20-2010 | 09-20-2010 |

**Case Style:** 3:09-CV-440-O, Richard Miller v Raytheon
Volume 3 of trial 7/10/10, evidentiary hearing 7/29/10, two word indexes

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 340 | 0.90 | 306.00 | | | | 306.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 306.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $306.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 09-21-2010 |

*(All previous editions of this form are
cancelled and should be destroyed)*

**APP 111**

**GILLESPIE, ROZEN & WATSKY, PC**

DFW Court Reporting, Inc.
Client Expenses:Transcripts - HKG

Re: Miller v. Raytheon; Jury Trial on Merits V. 1-4; 6-

12/9/2010

1,678.50

37733

FNB - GRW Operatin     Re: Miller v. Raytheon

DELUXE CORP®  1-800-328-0304  www.deluxeforms.com

1,678.50

✎ AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _____ Northern _____ District of _____ Texas -Dallas Division _____

| INVOICE | NUMBER |
|---|---|
| | 10-123 |

| TO: | NOTE |
|---|---|
| Mr. James Sanford<br>Gillespie, Rozen & Watsky, P.C.<br>3402 Oak Grove Avenue, Suite 200<br>Dallas, Texas 75204<br><br>PHONE: 214.720.2009 | **MAKE CHECK PAYABLE TO:**<br>DFW Court Reporting, Inc.<br>Tax ID No. 20-3290159<br>4621 S. Cooper, #131-184<br>Arlington, Texas 76017<br>PHONE:  214.642.7267 - Debbie Saenz |

## TRANSCRIPTS

| ☐ CRIMINAL     X CIVIL | DATE ORDERED<br>unknown | DATE DELIVERED<br>December 8, 2010 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
No. 3:09-CV-440-O; Richard Miller vs. Raytheon Company - Jury Trial on the Merits Volumes 1-4 and 6-7 taken on July 8-9, 2010 and July 12-13, 2010 before Judge Reed O'Connor.

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | 1119 | .90 | 1007.10 | 1119 | .60 | 671.40 | 1678.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): See above. | **TOTAL** | 1678.50 |
|---|---|---|
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | **TOTAL REFUNDED** | |
| | **TOTAL DUE** | 1678.50 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE<br>12/8/10 |
|---|---|

*(All previous editions of this form are*
*canceled and should be destroyed.)*

DISTRIBUTION:     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

**APP 113**

## Debbie L. Whitney

| | |
|---|---|
| **From:** | James Sanford [jsanford@grwlawfirm.com] |
| **Sent:** | Wednesday, December 08, 2010 2:21 PM |
| **To:** | dwhitney@grwlawfirm.com |
| **Cc:** | 'Yona Rozen' |
| **Subject:** | FW: Miller v. Raytheon Invoice |

FYI  Can we arrange for hand-delivery?

James D. Sanford
**Gillespie, Rozen & Watsky P.C.**
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204
Tel:  (214) 720-2009
Fax:  (214) 720-2291

*This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** Debbie Saenz [mailto:debbie.saenz@yahoo.com]
**Sent:** Wednesday, December 08, 2010 1:14 PM
**To:** jsanford@grwlawfirm.com
**Subject:** RE: Miller v. Raytheon Invoice

Jim,

Hand-delivery tomorrow is fine.  We have court in the morning, but you could leave it for me at the clerk's office on the 3rd floor of this building and they can put it in my box.  That's probably easiest to do.

I will send you the PDF that was filed and an E-Tran version.  I will have to create the E-Tran files tonight because that software is only on my main computer at home, but I will have it ready to send to you tomorrow.

Thanks so much for all of your help and your whole team's tremendous patience.  It's quite the undertaking to do two people's work with everything on 30 day deadlines for appeal, so I truly appreciate all of your courtesy.

Thanks,

Debbie


--- On **Wed, 12/8/10, James Sanford <*jsanford@grwlawfirm.com*>** wrote:

From: James Sanford <jsanford@grwlawfirm.com>
Subject: RE: Miller v. Raytheon Invoice
To: "'Debbie Saenz'" <debbie.saenz@yahoo.com>
Date: Wednesday, December 8, 2010, 7:06 PM

1

**APP 114**

Thanks, Debbie.  I can have a check hand-delivered to you as early as tomorrow, if that works for you.
Otherwise, we can mail or FedEx – whatever works best.


Does the E-tran version come along with the transcript?  Thanks.


Jim

James D. Sanford

**Gillespie, Rozen & Watsky P.C.**

3402 Oak Grove Ave., Suite 200

Dallas, Texas 75204

Tel:  (214) 720-2009

Fax:  (214) 720-2291


*This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original message.*


**From:** Debbie Saenz [mailto:debbie.saenz@yahoo.com]
**Sent:** Wednesday, December 08, 2010 12:06 PM
**To:** Jim Sanford
**Subject:** Miller v. Raytheon Invoice


Jim,


I am FINISHED!!!  Here is your invoice.  Let me know how you want to handle getting me payment and then your
transcripts.


Thanks for everything!


Debbie

31002

GILLESPIE, ROZEN, WATSKY, & JONES, P.C.   GENERAL & PAYROLL ACCOUNT

ABC Court Reporters
Client Expenses:Deposition Fees - HKG     7/13/2010     Re:Miller, Richard; Depositions taken by GRW     7,607.50
Client Expenses:Video Deposition - HKG                   Re:Miller. Richard; Video Depositions taken by GRW   4,014.00
Client Expenses:Deposition Copy - HKG                    Re:Miller, Richard; Deposition copies taken by OC.     813.97

12,435.47

G.R.W. General Acco   Invoice #: ABC-1924

LMP12     M/P CHECK

# ABC COURT REPORTERS

### The Nathaniel Barrett Building II
903 E. 18th St. ▪ Suite 115
Plano, Texas 75074
214.303.0222 or 972.398.2227

## ~ INVOICE ~

April 6, 2010

Ms. Debbie Whitney (on behalf of Ms. Yona Rozen)
Gillespie, Rozen & Watsky, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204

**INVOICE NO.**

ABC-1924

Re: Civil Action No. 3:09-CV-0440-O >> Richard Miller vs. Raytheon Company

Attorneys taking the depositions: Ms. Yona Rozen and Mr. James D. Sanford

1) **Deposition of Loretta Sweeney - taken 1.29.10 in Dallas, TX = $ 674.65**
   (Original + Copy + Exhibits)

2) **Deposition of Doug Hagedorn - taken 1.29.10 in Dallas, TX = $ 245.50**
   (Original + Copy)

3) **Deposition of Allen Frank Reid, II - taken 2.2.10 in Los Angeles, CA = $ 1,346.60**
   (Original + Copy + Exhibits)   *Videographer Service for Depo of Allen Frank Reid, II = $ 1,093.00*

4) **Deposition of Robert Lyells - taken 2.3.10 in Los Angeles, CA = $ 1,344.80**
   (Original + Copy + Exhibits)   *Videographer Service for Depo of Robert Lyells = $ 1,093.00*

5) **Deposition of Vivek Kamath - taken 2.9.10 in Boston, MA = $ 886.30**
   (Original + Copy + Exhibits)   *Videographer Service for Depo of Vivek Kamath = $ 593.00*

6) **Deposition of Cheryl Ann Miller - taken 2.15.10 in Dallas, TX = $ 269.89**
   (Copy only)   (Ms. Buena Vista Lyons took this deposition.)

7) **Deposition of Jon Herbert Burkman, Ph.D. – taken 2.15.10 in Dallas, TX = $ 295.92**
   (Copy only)   (Ms. Buena Vista Lyons took this deposition.)

8) **Deposition of James Lam - taken 2.23.10 in Los Angeles, CA = $ 425.45**
   (Original + Copy + Exhibits)   *Videographer Service for Depo of James Lam = $ 350.00*

9) **Deposition of Amos Wilson - taken 2.25.10 in Dallas, TX = $ 883.00**
   (Original + Copy + Exhibits)

10) **Deposition of William Anderson, Jr. - taken 2.26.10 in Los Angeles, CA = $ 700.95**
    (Original + Copy + Exhibits)   *Videographer Service for Depo of William Anderson, Jr. = $ 655.00*

11) **Deposition of Gary LaMonte - taken 2.26.10 in Los Angeles, CA = $ 359.00**
    (Original + Copy)   *Videographer Service for Depo of Gary LaMonte = $ 230.00*

12) **Deposition of Gregory Meihn - taken 2.26.10 in Dallas, TX = $ 248.16**
    (Copy only + Exhibits)   (Mr. Michael Maslanka took this deposition.)

13) **Deposition of Lisa Crump - taken 2.26.10 in Dallas, TX = $ 741.25**
    (Original + Copy + Exhibits)

## <u>TOTAL DUE = $ 12,435.47</u>

We appreciate your business!!! Please call again soon...

APP 117

**FedEx** ® US Airbill
Express

FedEx Tracking Number: 8698 1429 5730

MUR 12
0215 8 7 4
**Sender's Copy**

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**1 From** *Please print and press hard.*

Date 7-1-10    Sender's FedEx Account Number 1361-2547-8

Sender's Name JML Sanders    Phone (214) 720-2009

Company GILLESPIE ROZEN WATSKY MOTLEY

Address 3402 OAK GROVE AVE STE 200

City DALLAS    State TX    ZIP 75204-2391    Dept./Floor/Suite/Room

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.* Miller

**3 To**

Recipient's Name Robert Tutle    Phone ( )

Company Portable Video Spore

Address 2608 FM 1647 Rd

City Winnsboro    State TX    ZIP 7549 d

0408362162

**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *To most locations.*

- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

Packages up to 150 lbs.
- [ ] FedEx First Overnight

Packages over 150 lbs.

**4b Express Freight Service** *To most locations.*

- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging** *Declared value limit $500.*

- [ ] FedEx Envelope*
- [X] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes  Shipper's Declaration not required
- [ ] Yes  Shipper's Declaration
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages   Total Weight   Total Declared Value†

553

Rev. Date 2/09•Part #167294•©1994–2009 FedEx•PRINTED IN U.S.A.•GKS

**FedEx US Airbill**
Express

FedEx Tracking Number: 8684 3871 4693

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Form ID No. 0215   Priority Overnight Sender's Copy

**1 From** Please print and press hard.
Date 2-1-10
Sender's FedEx Account Number: 1361-2547-8
Sender's Name: Jim Sanford   Phone (214) 720-2009
Company: GILLESPIE ROZEN WATSKY MOTLEY
Address: 3402 OAK GROVE AVE STE 200
Dept/Floor/Suite/Room
City: DALLAS   State: TX   ZIP 75204-2391

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.
Miller, R.

**3 To**
Recipient's Name: Yona Rozen   Phone (214) 415-7912
Company: c/o WESTIN BONAVENTURE
Recipient's Address: 404 SOUTH FIGUEROA STREET
Dept/Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Address:
To request a package be held at a specific FedEx location, print FedEx address here.
City: Los Angeles   State: CA   ZIP 90071

0397779538

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**                                    *Packages up to 150 lbs.*
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service**                                    *Packages over 150 lbs.*
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No
[ ] Yes   Shipper's Declaration not required.
[ ] Yes   Shipper's Declaration
[ ] Dry Ice   Dry Ice, 9, UN 1845 ___ x ___ kg
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

**8 Residential Delivery Signature Options**
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

Total Packages ___   Total Weight ___   Total Declared Value $ ___ .00

519



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Dallas District Office

207 S. Houston Street, 3rd Floor
Dallas, Texas 75202-4726
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (214) 253-2710
FAX (214) 253-2720
http://www.eeoc.gov

**Dallas District Office**
**San Antonio Field Office**
**El Paso Area Office**

February 11, 2009

Attn: Edith Thomas
3402 Oak Grove Ave., Ste. 200
Dallas, TX 75204

Re: Richard Miller vs. Raytheon

Charge Number: 450-2008-04615

Dear: Edith Thomas

In response to your request for access to documents in one or more investigative files, please note the instructions shown below.

EEOC's procedural rules (Title 29, CFR 1610.15) require that the request be billed for copies made by photocopying machine at the cost of $.18 cent per page.

Amount Due: $3.78 Pages: 21

Please make money order, law firm's check, or cashier's check payable to Classic Legal Documents Services, Inc. **No personal checks will be accepted.** Their telephone number is (214) 939-3600, if paying by credit card. If sending by mail, please send it to EEOC, Dallas District Office, 207 South Houston St., 3rd Floor, Dallas, TX 75202.

If you have any questions regarding your request for a copy of the investigative file(s) numbered above, please call (214) 253-2830 for Alma Anderson or (214) 253-2883 for Brenda Garza.

Sincerely,

Brenda Garza
OAA

RECEIVED
FEB 2009

**GILLESPIE, ROZEN & WATSKY, PC**

37664

Benchmark Legal Media
Client Expenses:Court Cost - HKG

Re:Miller; Already Billed

10/13/2010

430.00

430.00

FNB - GRW Operatin    Invoice No.   07064

**DELUXE** CORP® 1•800-328-0304  www.deluxeforms.com

APP 121

# Benchmark Legal Media
## 6210 Belgrade Ave
## Dallas, TX 75227
## 469.878.6742
## www.benchmarklegal.com

**INVOICE NUMBER 07064**                    **July 14, 2010**

**CONTACT:** Hal Gillespie
Gillespie, Rozen & Watsky, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204
214.720.2009
214.720.2291 Fax

**CASE: Richard Miller**

**7/8 – 13/10**

Speakers/Stands
Projector/Screen
VGA cables/Switcher
Rental                         $430.00

**Total:**                         **$430.00**

**Please Make Check Payable to:   Benchmark Media**
**EIN # 20-1209304**

**Legal Eagles Process Service**
*P.O. Box 140601*
Dallas,Tx 75214
214-682-4201

# INVOICE

INVOICE #(144)
DATE: MARCH 11, 2009

MAR 2009

To: Gillespie, Rozen, Watsky and Jones



| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Citation      Raytheon | | | 70.00 |
| | | | |
| | | **TOTAL** | 70.00 |

Make all checks payable to Legal Eagles
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**

**GILLESPIE, ROZEN, WATSKY & JONES, PC.**



36756

3/31/2009

Legal Eagles

| | | |
|---|---|---|
| Client Expenses:Service Fees - HKG | Re:Miller,Richard; Service to serve citation to Raythe | 70.00 |
| Client Expenses:Service Fees - HKG | Re:Hunt;Service to serve citation to City of Balch Spri | 70.00 |

140.00

FNB - GRWJ Operatin

DELUXE BUSINESS FORMS  1•800-328-0304  www.deluxeforms.com

1014