IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 11-10586

RICHARD MILLER,

        Plaintiff - Appellee Cross-Appellant

v.

RAYTHEON COMPANY,

        Defendant - Appellant Cross-Appellee

-----------------------------------------------------------------

Consolidated with 11-10988

RICHARD MILLER,

        Plaintiff - Appellant

v.

RAYTHEON COMPANY,

        Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before JONES, GARZA, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the appellee cross-appellant's opposed motion to transfer consideration of appellate attorney's fees to the United States District Court for the Northern District of Texas, Dallas, on remand is *granted*.

IT IS FURTHER ORDERED that the appellee cross-appellant's opposed alternative motion for an extension of 14 days from the date of the Court's denial of the motion to transfer, to move for appellate attorney's fees and costs is *denied as unnecessary*.